S95A0022. ARMSTRONG v. MILES.
(455 SE2d 587)

PER CURIAM.

In *Rebich v. Miles,* 264 Ga. 467 (448 SE2d 192) (1994), this Court held that the discretionary application procedures must be followed to appeal an order of the superior court ruling on a challenge to a decision of a state administrative agency, such as the decision of the Department of Public Safety to suspend a driver's license and to deny a hearing on the suspension, because the underlying subject matter generally controls over the relief sought in determining the proper appellate procedure. Although in *Rebich* the petition filed in superior court sought a writ of mandamus, whereas the petition in this case sought a writ of habeas corpus, the cases are otherwise identical and the principle in *Rebich* applies to Armstrong. Accordingly, "[b]ecause

the review of the department's action must come by discretionary application and [Armstrong] failed to file an application, we are without jurisdiction to hear the merits of [her] appeal." Id. at 469.

*Appeal dismissed. All the Justices concur.*

DECIDED APRIL 10, 1995.

*Spruell & Dubuc, Brian M. Dubuc,* for appellant.

*Michael J. Bowers, Attorney General, Daryl A. Robinson, Senior Assistant Attorney General, Neal B. Childers, Assistant Attorney General,* for appellee.